FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 6 - 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **'10 - CV - 01591 BnB**

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

VINCENT MARTINEZ,
    Plaintiff,

v.

MARINA DURAN,
STEVE VEGA, and
STATE FARM OF COLORADO,
    Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)    ___    is not submitted
(2)    ___    is missing affidavit
(3)    xx    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (<u>account statement submitted is not certified and does not cover the six-month period immediately preceding the filing of the complaint</u>)
(4)    ___    is missing required financial information

(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.

**Complaint, Petition or Application:**
(9) ___ is not submitted
(10) ___ is not on proper form
(11) ___ is missing an original signature by the prisoner
(12) ___ is missing page nos. ___
(13) ___ uses et al. instead of listing all parties in caption
(14) ___ An original and a copy have not been received by the court. Only an original has been received.
(15) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(16) ___ names in caption do not match names in text

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order,** the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 1st day of July, 2010.

BY THE COURT:

CRAIG B. SHAFFER
United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10 – CV – 01591

Vincent Martinez
Prisoner No. 132402
Colorado Territorial Corr. Facility
P.O. Box 1010
Cañon City, CO 81215-1010

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on _____7/6/10_____

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk