IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01591-BNB

VINCENT MARTINEZ,

    Plaintiff,

v.

MARINA DURAN,
STEVE VEGA, and
STATE FARM OF COLORADO,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 12 2010

GREGORY C. LANGHAM
CLERK

## ORDER DISMISSING CASE

    Plaintiff, Vincent Martinez, is a prisoner in the custody of the Colorado Department of Corrections at the Colorado Territorial Correctional Facility in Cañon City, Colorado. Mr. Martinez initiated this action by filing *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. On July 20, 2010, Magistrate Judge Boyd N. Boland entered an order granting Mr. Martinez leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. On August 3, 2010, Mr. Martinez filed a notice of voluntary dismissal stating that he seeks to dismiss the instant action voluntarily and without prejudice.

    Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Mr. Martinez "may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." No response has been filed by any Defendant in this action. A voluntary dismissal

pursuant to Rule 41(a)(1)(A) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that the instant action is dismissed without prejudice pursuant to Plaintiff's notice of voluntary dismissal. It is

FURTHER ORDERED that the voluntary dismissal is effective as of August 3, 2010, the date the notice of voluntary dismissal was filed in this action.

DATED at Denver, Colorado, this  11th  day of  August , 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01591-BNB

Vincent Martinez
Prisoner No. 132402
Colorado Territorial Corr. Facility
P.O. Box 1010
Cañon City, CO 81215-1010

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 8/12/10

GREGORY C. LANGHAM, CLERK

By: _____
     Deputy Clerk